FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SACR08-00210-CJC |
| SCOTT RYAN STADING, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant's Counsel</u>, IT IS ORDERED that a detention hearing is set for <u>Tuesday, November 18</u>, <u>2014</u>, at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>11-17-14</u>

U.S. District Judge/Magistrate Judge

**DOUGLAS F. McCORMICK**