FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT RYAN STADING,<br><br>          Defendant. | Case No. SA CR 08-210-CJC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

_____

_____

1  and

2  B. ( X ) The defendant has not met his burden of establishing by clear and convincing
3       evidence that he is not likely to pose a danger to the safety of any other person or the
4       community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
5       Defendant's prior criminal history; present allegations indicates lack of amenability
6       to supervision.

7       IT THEREFORE IS ORDERED that the defendant be detained pending further
8  revocation proceedings.

10  Dated: __11-18-2014__

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge